# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142893 & (69)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DALE ALLEN HURICK,
      Defendant-Appellant.

SC: 142893
COA: 295533
Wayne CC: 09-000523-FC

_____/

      On order of the Court, the application for leave to appeal the February 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for appointment of counsel is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

Clerk

y0718